UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **EVERETT M. PURVIS,** | : | **VIOLATIONS:** |
| also known as Man-Man, | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 22 D.C. Code § 401 and § 4502 |
| | : | (Assault with Intent to Kill While Armed) |
| | : | 22 D.C. Code § 4504(b) |
| | : | (Possession of a Firearm During a Crime of |
| | : | Violence or Dangerous Offense) |
| | : | 22 D.C. Code § 402 (2001 ed.) |
| | : | (Assault with a Dangerous Weapon) |

**I N D I C T M E N T**

The Grand Jury charges:

**COUNT ONE**

On or about May 14, 2008, within the District of Columbia, **EVERETT M. PURVIS, also known as Man-Man** having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Columbia, Criminal Case No. 03-256, did unlawfully and knowingly receive and possess a firearm, that is, a Smith and Wesson 9-millimeter handgun, and did unlawfully and knowingly receive and possess ammunition, that is, 9-millimeter ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about May 14, 2008, within the District of Columbia, **EVERETT M. PURVIS, also known as Man-Man** while armed with a firearm, assaulted Phillip Blake with intent to kill him.

(**Assault With Intent To Kill While Armed,** in violation of 22 D.C. Code, Sections 401, 4502 (2001 ed.))

## COUNT THREE

On or about May 14, 2008, within the District of Columbia, **EVERETT M. PURVIS, also known as Man-Man** did possess a firearm while committing the crime of assault with intent to kill while armed as set forth in the second count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b) (2001 ed.))

## COUNT FOUR

On or about May 14, 2008, within the District of Columbia, **EVERETT M. PURVIS, also known as Man-Man** while armed with a firearm, assaulted Michelle Garris with intent to kill Phillip Blake.

(**Assault with Intent To Kill While Armed**, in violation of 22 D.C. Code, Sections 401, 4502 (2001 ed.))

## COUNT FIVE

On or about May 14, 2008, within the District of Columbia, **EVERETT M. PURVIS, also known as Man-Man** did possess a firearm while committing the crime of assault with intent to kill while armed as set forth in the fourth count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b) (2001 ed.))

## COUNT SIX

On or about May 14, 2008, within the District of Columbia, **EVERETT M. PURVIS, also known as Man-Man** assaulted a person known to the grand jury as Little Leroy with a dangerous weapon, that is, a firearm.

(**Assault with a Dangerous Weapon**, in violation of 22 D.C. Code, Section 402 (2001 ed.))

## COUNT SEVEN

On or about May 14, 2008, within the District of Columbia, **EVERETT M. PURVIS, also known as Man-Man** did possess a firearm while committing the crime of assault with a dangerous weapon as set forth in the sixth count of this indictment.

(**Possession Of a Firearm During Crime Of Violence Or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b) (2001 ed.))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.