# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: CR-08-245 | MAGIS. NO: |
| V. EVERETT M. PURIVS | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: EVERETT M. PURVIS | |

FILED AUG 14 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST | |
|---|---|---|---|
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY A TERM EXCEEDING ONE YEAR
ASSAULT WITH INTENT TO KILL WHILE ARMED
POSSESSION OF A FIREARM DURING A CRIME OF VIOLENCE OR DANGEROUS OFFENSE
ASSAULT WITH A DANGEROUS WEAPON

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION: 18: 922(g)(1) and 22 D.C. Code 401; 4502; 4504(b); and 402 (2001 ed.)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE): U.S. MAGISTRATE JUDGE KAY | DATE ISSUED: 8/7/08 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 8/7/08 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8/7/08 | NAME AND TITLE OF ARRESTING OFFICER: JOHN M. LONG CRIMINAL INVESTIGATOR | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 8/14/08 | | |
| HIDTA CASE: Yes __ No X | | OCDETF CASE: Yes __ No X |

771428