UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-245 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| **EVERETT M. PURVIS** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney COURTNEY SPIVEY, at telephone number (202) 514-5864 and/or email address Courtney.Spivey@usdoj.gov.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
BY:   COURTNEY SPIVEY
Assistant United States Attorney
555 Fourth Street, N.W. Room 4237
Washington, D.C. 20530
(202) 514-5864
Courtney.Spivey@usdoj.gov